FILED
8-19-20
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO. 3:20-cr-111-J-34JRK
                                      21 U.S.C. § 846
                                      21 U.S.C. § 841(a)(1)

EDDIE ANGEL MARTINEZ-MARQUEZ
  a/k/a "Macho,"
  a/k/a "Machito,"
  a/k/a "Manchito,"
  a/k/a "Barbu,"
  a/k/a "bin Laden"

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

From in or about December 2016 and continuing through on or about August 31, 2018, in the Middle District of Florida, and elsewhere, the defendant,

EDDIE ANGEL MARTINEZ-MARQUEZ
  a/k/a "Macho,"
  a/k/a "Machito,"
  a/k/a "Manchito,"
  a/k/a "Barbu,"
  a/k/a "bin Laden"

did knowingly and willfully conspire with other persons, both known and unknown to the Grand Jury, to distribute and possess with intent to distribute a controlled substance. The violation involved five kilograms or more of a

mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

It was part of the conspiracy that the conspirators would perform acts and make statements to hide and conceal and cause to be hidden and concealed the purpose of the conspiracy and the acts committed in furtherance thereof.

All in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A).

## COUNT TWO

On or about August 11, 2018, in the Middle District of Florida, and elsewhere, the defendant,

EDDIE ANGEL MARTINEZ-MARQUEZ
a/k/a "Macho,"
a/k/a "Machito,"
a/k/a "Manchito,"
a/k/a "Barbu,"
a/k/a "bin Laden"

did knowingly and intentionally distribute, and aid and abet the distribution of, a controlled substance, which violation involved 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance and is therefore punished under 21 U.S.C. § 841(b)(1)(B).

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B), and 18 U.S.C. § 2.

## FORFEITURE

1. The allegations contained in Counts One and Two are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

2. Upon conviction of a violation of 21 U.S.C. §§ 846 and/or 841, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. §§ 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. The property to be forfeited includes, but is not limited to, an order of forfeiture in the amount at least $500,000.00 obtained from the offenses, which represents the proceeds of the offenses.

4. If any of the property described above, as a result of any acts or omissions of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

  e. has been commingled with other property, which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
MICHAEL J. COOLICAN
Assistant United States Attorney

By: _____
Kelly Karase
Assistant United States Attorney
Deputy Chief, Jacksonville Division

FORM OBD-34
8/18/20 Revised

No. _____

# UNITED STATES DISTRICT COURT
Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

EDDIE ANGEL MARTINEZ-MARQUEZ
a/k/a "Macho,"
a/k/a "Machito,"
a/k/a "Manchito,"
a/k/a "Barbu,"
a/k/a "bin Laden"

## INDICTMENT

Violations:  Ct. 1: 21 U.S.C. § 846
Ct. 2: 21 U.S.C. § 841(a)(1)

A true bill,

_____
Foreperson

Filed in open court this 19th day

of August, 2020.

_____
Clerk

Bail $ _____

GPO 863 525